**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 25-1169**

---

US BANK NATIONAL ASSOCIATION,

Plaintiff - Appellee,

v.

TRACIE L. GREEN, a/k/a Tracie Ledora Mitchem-Green,

Defendant - Appellant,

and

CARDINAL PINES HOMEOWNERS' ASSOCIATION, INC.; PALMETTO CITIZENS FEDERAL CREDIT UNION,

Defendants.

---

Appeal from the United States District Court for the District of South Carolina, at Columbia.  Sherri A. Lydon, District Judge.  (3:22-cv-04215-SAL)

---

Submitted:  June 12, 2025                                    Decided:  June 17, 2025

---

Before HARRIS and HEYTENS, Circuit Judges, and FLOYD, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Tracie L. Green, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tracie L. Green appeals the district court's order denying her motions to reconsider the court's prior order remanding her case to state court.  The district court remanded the case to state court for lack of subject matter jurisdiction.  *See* 28 U.S.C. § 1447(c).  Therefore, the remand order was "not reviewable on appeal or otherwise."  28 U.S.C. § 1447(d).  The district court thus lacked jurisdiction to review the remand order on reconsideration.  *See, e.g.*, *Bender v. Mazda Motor Corp.*, 657 F.3d 1200, 1203 (4th Cir. 2011).  We therefore deny Green's pending motions and affirm the district court's order denying her motions for reconsideration.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid in the decisional process.

*AFFIRMED*